B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re **Joseph Allen Mitchell**
**Christina Jane Mitchell**
Debtor(s)

Case No. **10-20064**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| **Creditor's Name:**<br>Chase Mortgage | **Describe Property Securing Debt:**<br>Homestead/single-family residence<br>566 Thomas Street<br>Fond du Lac, Wisconsin |
|---|---|

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt     ☐ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:**<br>Harris Bank NA | **Describe Property Securing Debt:**<br>2004 Dodge Stratus SXT (92k mi) |
|---|---|

Property will be (check one):
 ☐ Surrendered     ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt     ☐ Not claimed as exempt

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Marine Credit Union** | **Describe Property Securing Debt:**<br>2006 Hyundai Santa Fe (78K mi) |

Property will be (check one):
 ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt      ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **July 31, 2013**    Signature **/s/ Joseph Allen Mitchell**
               **Joseph Allen Mitchell**
               Debtor

Date **July 31, 2013**    Signature **/s/ Christina Jane Mitchell**
               **Christina Jane Mitchell**
               Joint Debtor